IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-02900-ZLW-CBS

EMILY ROWLAND and
MICHAEL ROMAN,

    Plaintiffs,

v.

BAYER CORPORATION, an Indiana Corporation,
BAYER HEALTHCARE LLC, a Delaware Corporation,
BAYER HEALTHCARE PHARMACEUTICALS INC., a Delaware Corporation,
BAYER SCHERING PHARMA AG, a German Corporation, and
BAYER AG, a German Corporation,

    Defendants.

---

## ORDER

---

    After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case.  Therefore, it is

    ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

    DATED at Denver, Colorado, this 16th day of December, 2009.

    BY THE COURT:

*Zita Leeson Weinshienk*

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court